**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROSALIND "ROS" DOWEY, Individually and as Administrator of the Estate of M.D., MARK DOWEY, Individually and as Administrator of the Estate of M.D. and TRICIA MACIEJEWSKI, Individually and as Administrator of the Estate of L.M.; TAMIA WOODS, Individually and as Administrator of the Estate of J.W.; TIM WOODS, Individually and as Administrator of the Estate of J.W. SHANNON HEACOCK, Individually and as Administrator of the Estate of E.H.; BRITTNEY BIRD, Individually and as Administrator of the Estate of B.B; and PARKER SIEMS, Individually,<br><br>          Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC. and INSTAGRAM, LLC,<br><br>          Defendants. | Civil Action No.: 1:26-cv-00212-GBW<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)**<br><br>COMPLAINT FILED IN DELAWARE SUPERIOR COURT: FEBRUARY 27, 2026<br><br>NOTICE OF REMOVAL FILED: March 1, 2026 |

**WITHDRAWAL OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT, Defendants Meta Platforms, Inc. and Instagram, LLC hereby withdraw their Notice of Removal to the United States District Court for the District of Delaware the above-captioned action, originally filed as Case No. N25C-12-250-CLS in the Superior Court of the State of Delaware.  Such withdrawal is due to the fact that after removal occurred, Plaintiffs informed Defendants that Plaintiffs' Amended Complaint was not approved for filing by the Delaware Superior Court Prothonotary, and Plaintiffs would no longer be seeking to file the Amended Complaint.

- 1 -

- 2 -

**DALTON & ASSOCIATES, P.A.**

*/s/ Bartholomew J. Dalton*
Bartholomew J. Dalton, Esq. (#808)
Connor C. Dalton, Esq. (#7037)
1106 West 10th Street
Cool Spring Meeting House
Wilmington, DE 19806
(302) 652-2050
bdalton@dalton.law
cdalton@dalton.law

*Attorneys for Meta Platforms, Inc. and Instagram, LLC*

Dated:  March 10, 2026